**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIS PENDENS NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Bank of America Account no, XX2827; | ) | No. 20-mc-084 (JEB) |
| Wells Fargo Account No. XX 5851; | ) | |
| Wells Fargo Account No. xx1789; and | ) | |
| Real Property Located at 4915 Primrose | ) | |
| Path Unit C, Sarasota, FL 34242-1564 | ) | |
| _____ | ) | |

TO WHOM IT MAY CONCERN:

**NOTICE IS HEREBY GIVEN** that on December 23, 2020, an Order enforcing and registering a French court's restraining order was entered against the captioned assets in the United States District Court for the District of Columbia affecting title to real property in case no. 20-mc-084.  The Order entered by the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 2467 enforces restraining orders issued by the Tribunal de Grande Instance of Paris, France on May 14, 2019.

The Orders were entered to preserve the availability of certain assets subject to forfeiture in a foreign proceeding.  The real property affected by the Order is commonly known as 4915 Primrose Path Unit C, Sarasota, FL 342-1564, Tax Parcel ID 0081050032, more particularly described as:

Lot 3, **Block** F, **HARMONY SUBDIVISION, as per  plat**
thereof recorded in Plat Book 7, Page 43, of the Public Records of
Sarasota County,  Florida.

1

The United States intends to seek enforcement of any final forfeiture or confiscation order entered by a French court affecting the above-listed property pursuant to 28 U.S.C. § 2467.


DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice


9/14/2021                    ___/s/ Allison Ickovic_____
MARY BUTLER
Chief, International Unit
Allison Ickovic
Trial Attorney
Allison.ickovic@usdoj.gov
1400 New York Avenue, N.W., 10100
Washington, D.C. 20530
Telephone:  (202) 598-6711

Attorneys for Applicant
UNITED STATES OF AMERICA